1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org
5

6 Attorneys for Defendant

7

8                              UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Case No.  08MJ1890
                                         )
11 |         Plaintiff,                  )
                                         ) **NOTICE OF APPEARANCE**
12 | v.                                  )
                                         )
13 | ANTONIO RAMON-TAMIRANO,             )
                                         )
14 |         Defendant.                  )
   | _____     )

15

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila

17 W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                         Respectfully submitted,

20

21 Dated: June 24, 2008              /s/  *Leila W. Morgan*
                                    **LEILA W. MORGAN**
22                                  Federal Defenders of San Diego, Inc.
                                    Leila_Morgan@fd.org
23                                  Attorneys for Defendant

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: June 24, 2008                    */s/ Leila W. Morgan*
                                        **LEILA W. MORGAN**
                                        Federal Defenders of San Diego, Inc.
                                        Leila_Morgan@fd.org