```
                                    FILED
                                    JUL 17 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2339-JLS |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1326(a) - |
| ) | Deported Alien Found in the |
| ANTONIO RAMON-ALTAMIRANO, ) | United States (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 18, 2008, within the Southern District of California, defendant ANTONIO RAMON-ALTAMIRANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 7/17/08 .

KAREN P. HEWITT
United States Attorney

For CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
7/1/08